THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
        v. BENJAMIN GITLOW, Appellant.

(Submitted October 2, 1922; decided October 10, 1922.)

Motion to amend remittitur granted and remittitur amended by adding thereto the following, viz.:

" The question whether the New York Criminal Anarchy Law (Penal Law, §§ 160, 161) and the application in this case is repugnant to the provision of the 14th Amendment to the Constitution of the United States that no state shall deprive any person of life, liberty or property without due process of law was considered and passed upon by this court." (See 234 N. Y. 132.)